Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :    1:06-md-1789 (JFK)
                                                :
-------------------------------------------------x
*This Document Relates to:*                     :    **NOTICE OF APPEARANCE**
Myrl T. Vandergriff                             :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-4161-JFK                       :
-------------------------------------------------x

   PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: July 21, 2008
      New York, New York                       Respectfully submitted,

                                                By: _____/s/_____
                                                      Paul F. Strain

                                                      Venable LLP
                                                      750 E. Pratt Street, Suite 900
                                                      Baltimore, Maryland 21202
                                                      (410) 244-7717
                                                      Fax: (410) 244-7742
                                                      Email: pfstrain@venable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                /s/
                                  Paul F. Strain

                                Venable LLP
                                750 E. Pratt Street, Suite 900
                                Baltimore, Maryland 21202
                                (410) 244-7717
                                Fax: (410) 244-7742
                                Email: pfstrain@venable.com